IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES DELONJAN JENKINS,**

    *Plaintiff*,

v.                                           Case No.: 4:21cv308-MW/MJF

**FLORIDA STATE HOSPITAL, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's case is DISMISSED without prejudice to Plaintiff's refiling an action if Plaintiff simultaneously submits the $402.00 filing fee." The Clerk is further directed to note on the docket that this

cause is dismissed pursuant to 28 U.S.C. § 1915(g). The Clerk shall close the file.

**SO ORDERED on September 3, 2021.**

**s/Mark E. Walker</u>
Chief United States District Judge**
